IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KRISTAL E. GILBERT                                                     PLAINTIFF

        v.                 Civil No. 04-6071

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                       DEFENDANT

## **JUDGMENT**

On this 26th day of September, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Jon Gann, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412.* In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $2,628.00 under *28 U.S.C. § 2412.*

IT IS SO ORDERED.

                                                    /s/ Bobby E. Shepherd
                                                    HONORABLE BOBBY E. SHEPHERD
                                                    UNITED STATES MAGISTRATE JUDGE